1  **LAW OFFICES OF ARMAND SALESE, PLLC**
   **Armand Salese**
2  145 S.  6th Avenue
   Tucson, Arizona 85701
3  (520) 903-0825
   as@saleselaw.com
4  PCCN 50468/AZBN 003002
   Attorney for Defendants Joytoto USA, Inc. and Joyon Entertainment, Inc.
5
                  IN THE UNITED STATES DISTRICT COURT
6
                     FOR THE DISTRICT OF ARIZONA
7
   CONSUMER PROTECTION           )        No.
8  CORPORATION, etc.,            )
                                 )        NOTICE OF REMOVAL OF
9         Plaintiff,             )        ACTION; VERIFICATION OF
                                 )        ARMAND SALESE
10 vs.                           )
                                 )        (Arizona Superior Court, County of
11 NEO-TECH NEWS, etc., et al.,  )         Maricopa Cause No.  CV2008-023603)
                                 )
12        Defendant.             )
                                 )
13 ─────────────────────────────
14 TO:   THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF ARIZONA, PHOENIX, ARIZONA

15        NOTICE IS HEREBY GIVEN that, pursuant to 28 U.S.C. §§1332, 1441, and

16 1446, Defendants Joytoto USA, Inc.  and Joyon Entertainment, Inc., hereby remove the

17 state court civil action originally commenced in the Superior Court of the State of

18 Arizona, County of Maricopa, entitled *Consumer Protection Corporation, etc., v.  Neo-*

19 *Tech News, etc., et al.,* Cause No.  CV2008-0023603 ("State Court Action") to this Court.

20 In support of such removal, Defendants state as follows:

21        1.  The State Court Action was filed by Plaintiff Consumer Protection Corporation

22 in the Maricopa County Superior Court on or about September 25, 2008, as Cause No.

23 CV2008-023603.  True and correct copies of the process, pleadings, and orders served in

24 the State Court Action to date are attached hereto as Exhibit 1.

25        2.  On September 30, 2008, Defendant Joytoto USA, Inc.'s statutory agent was

26 served with process in this action.  On October 10, 2008 Defendant Joyon Entertainment,

27 Inc.'s statutory agent was served with process in this action.  Accordingly, this Notice of

28 Removal is filed within thirty (30) days after receipt by Defendants of a copy of the

1   Complaint and is timely filed under 28 U.S.C. §1446(b).

2       3.  This Court has diversity jurisdiction pursuant to 26 U.S.C. §1332 because:  a)

3   Plaintiff Consumer Protection Corporation is an Arizona corporation; b) Defendant

4   Joytoto USA. is incorporated in the State of Nevada and has its principal place of

5   business in the State of California; c) Defendant Joyon Entertainment, Inc. is incorporated

6   in the State of Deleware and has its principal place of business in the State of California.

7       4.  Under 28 U.S.C. §§1446 and 1453, venue of this action is proper in the Court

8   as the district and division within which the State Court Action was brought.

9       5.  The factual allegations set forth in the Complaint establish that the amount in

10  controversy exceeds the minimum jurisdictional amount of $75,000.00, exclusive of

11  interest and cots, as provided under 28 U.S.C. §1332.

12      6.  A notification of filing of the Notice of Removal to District Court has been

13  filed in the Superior Court of Maricopa County in the State of Arizona.  Written Notice of

14  the filing of this Notice of Removal is being delivered to all parties through counsel of

15  record.

16      WHEREFORE, Defendants Joytoto USA, Inc.  and Joyon Entertainment, Inc.

17  request that the above-referenced action now pending in the Superior Court of Maricopa

18  County, State of Arizona, be removed to this Court.  As required by 28 U.S.C. §1446(d)

19  and Local Rule Civ.  3.7, Defendants Joytoto USA, Inc.  and Joyon Entertainment, Inc.

20  will promptly give written notice to Plaintiff through its counsel of record.  Defendants

21  Joytoto USA, Inc.  and Joyon Entertainment, Inc. shall also file notice with the Clerk of

22  the Maricopa County Superior Court.

23      DATED this 29th day of October, 2008.

24                          **LAW OFFICES OF ARMAND SALESE, PLLC**

25

26          /S/ Armand Salese
            **Armand Salese**
            Attorney for Defendants Joytoto USA, Inc.

27           and Joyon Entertainment, Inc.

28

-2-

VERIFICATION OF ARMAND SALESE

I, Armand Salese, verify as follows:

1.  I am an active member in good standing of the State Bar of Arizona and am self-employed, doing business as the Law Offices of Armand Salese, PLLC, counsel of record for Defendants Joytoto USA, Inc. and Joyon Entertainment, Inc.  I have firsthand knowledge of the matters set forth herein.  I submit this verification pursuant to Local Rule Civ.  3.7 and pursuant to Federal Rules of Civil Procedure 11.

2.  Attached hereto as Exhibit 1 are true and complete copies of all pleadings and other documents filed in the State Court civil action originally commenced in the Superior Court of the State of Arizona in and for the County of Maricopa, entitled *Consumer Protection Corporation, etc., v.  Neo-Tech News, etc., et al.,* Cause No.  CV2008-023603.

I verify that the foregoing is true and correct.

Executed this 29th day of October, 2008 at Tucson, Arizona.

**LAW OFFICES OF ARMAND SALESE, PLLC**


/S/ Armand Salese
**Armand Salese**
Attorney for Defendants Joytoto USA, Inc.
  and Joyon Entertainment, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2008, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing.

I further certify that on October 29, 2008, I served the attached document by U.S. mail on the following:

Peter Strojnik, Esq.
The Law Firm of Peter Strojnik
3030 N.  Central, Ste.  1401
Phoenix, AZ 85012


/S/Vicki Adams
Vicki Adams
Assistant to Armand Salese

-4-