Peter Strojnik, Esq. 6464
THE LAW FIRM OF PETER STROJNIK
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-524-6602
Facsimile: 602-296-0135
e-mail: *Strojnik@aol.com*
Website: Strojnik.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CONSUMER PROTECTION CORPORATION, an Arizona Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NEO-TECH NEWS, a fictitiously named defendant whose true legal identity is not known by Plaintiff; JOYTOTO USA, INC., a Nevada Corporation; JOYON ENTERTAINMENT, INC., a Delaware Corporation; ABC DEFENDANTS 1-50,<br><br>Defendants. | NO. cv-08-1983-PHX-JAT<br><br>**RULE 41(a) NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>**(Joyon Entertainment, Inc.)** |

**TO THE COURT AND DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE Plaintiff hereby voluntarily dismisses Defendant Joyon Entertainment, Inc. from the above entitled action. This Dismissal shall be without prejudice.

RESPECTFULLY SUBMITTED this 5th day of January, 2009.

THE LAW FIRM OF PETER STROJNIK

By: Peter Strojnik
Attorney for the Plaintiff