```
 1  LAW OFFICES OF ARMAND SALESE, PLLC
    Armand Salese
 2  145 S. 6th Avenue
    Tucson, Arizona 85701
 3  (520) 903-0825
    as@saleselaw.com
 4  PCCN 50468/AZBN 003002
    Attorney for Defendants Joytoto USA, Inc.
 5    and Joyon Entertainment, Inc., kna Pollex, Inc.
```

|  |  |
|---|---|
| 6 | IN THE UNITED STATES DISTRICT COURT |
| 7 | FOR THE DISTRICT OF ARIZONA |

| | | |
|---|---|---|
| CONSUMER PROTECTION CORPORATION, etc., | ) ) ) | No.  CIV 08-1983 PHX-JAT |
| Plaintiff, | ) ) | ANSWER |
| vs. | ) ) | |
| NEO-TECH NEWS, etc., et al., | ) ) | |
| Defendants. | ) ) ) | |

Defendant Pollex, Inc. ("Pollex"), formerly known as Joytoto USA, Inc., by and through it's undersigned counsel, for its Answer to Plaintiff Consumer Protection Corporation's ("Plaintiff") Complaint, admits, denies and alleges as follows:

1. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of the Complaint.

2. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2 of the Complaint.

3. Denies the allegations contained in Paragraph 3 of the Complaint, except admits that Pollex, was a Nevada Corporation whose stock traded publicly in the United States over the counter securities market under the symbol OTC BB: JYTO.

4. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4 of the Complaint.

5. Denies the allegations contained in Paragraph 5 of the Complaint.

6. Denies the allegations contained in Paragraph 6 of the Complaint.

7. Denies the allegations contained in Paragraph 7 of the Complaint.

8. Denies the allegadions contained in Paragraph 8 of the Complaint.

1     9.     Repeats, realleges, and reaffirms each and all of the above Paragraphs as if set forth fully herein.

3     10.     Denies the allegations contained in Paragraph 10 of the Complaint.

4     11.     Denies the allegations contained in Paragraph 11 of the Complaint.

5     12.     Denies the allegations contained in Paragraph 12 of the Complaint.

6     13.     Denies the allegations contained in Paragraph 13 of the Complaint.

7     14.     Denies the allegations contained in Paragraph 14 of the Complaint.

8     15.     Denies the allegations contained in Paragraph 15 of the Complaint.

9     16.     Denies the allegations contained in Paragraph 16 of the Complaint.

10     17.     Denies the allegations contained in Paragraph 17 of the Complaint.

11     18.     Denies the allegations contained in Paragraph 18 of the Complaint.

12     19.     Denies the allegations contained in Paragraph 19 of the Complaint.

13     20.     Denies the allegations contained in Paragraph 20 of the Complaint.

14     21.     Denies the allegations contained in Paragraph 21 of the Complaint.

15     22.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 22 of the Complaint, and respectfully refers the Court to the referenced House Report.

18     23.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 of the Complaint, and respectfully refers the Court to the referenced Senate Report.

21     24.     Denies the allegations contained in Paragraph 24 of the Complaint.

22     25.     Denies the allegations contained in Paragraph 25 of the Complaint.

23     26.     Denies the allegations contained in Paragraph 26 of the Complaint.

24     27.     Denies the allegations contained in Paragraph 27 of the Complaint.

25     28.     Denies the allegations contained in Paragraph 28 of the Complaint.

26     29.     Denies the allegations contained in Paragraph 29 of the Complaint.

27     30.     Denies the allegations contained in Paragraph 30 of the Complaint.

28     31.     Denies the allegations contained in Paragraph 31 of the Complaint.

1   32.  Denies the allegations contained in Paragraph 32 of the Complaint.
2   33.  Repeats and realleges each and all of the above Paragraphs as if set forth
3   fully herein.
4   34.  Denies the allegations contained in Paragraph 34 of the Complaint.
5   35.  Denies the allegations contained in Paragraph 35 of the Complaint.
6   36.  Denies knowledge or information sufficient to form a belief as to the truth
7   of the allegations contained in Paragraph 36 of the Complaint.
8   37.  Denies knowledge or information sufficient to form a belief as to the truth
9   of the allegations contained in Paragraph 37 of the Complaint.
10  38.  Denies the allegations contained in Paragraph 38 of the Complaint.
11  39.  Denies the allegations contained in Paragraph 39 of the Complaint.
12  40.  Denies the allegations contained in Paragraph 40 of the Complaint.

## COUNT ONE

**(Violation of the Telephone Consumer Protection Act)**

15  41.  Repeats, realleges, and reaffirms each and all of the above Paragraphs as if
16  set forth fully herein.
17  42.  Denies the allegations contained in Paragraph 42 of the Complaint.
18  43.  Denies the allegations contained in Paragraph 43 of the Complaint.
19  44.  Denies the allegations contained in Paragraph 44 of the Complaint.
20  45.  Denies the allegations contained in Paragraph 45 of the Complaint.
21  46.  Denies the allegations contained in Paragraph 46 of the Complaint.

## COUNT TWO

**(Declaratory Judgment)**

24  47.  Repeats, realleges, and reaffirms each and all of the above Paragraphs as if
25  set forth fully herein.
26  48.  Denies knowledge or information sufficient to form a belief as to the truth
27  of the allegations contained in Paragraph 48 of the Complaint and respectfully refers all
28  questions and conclusions of law to the Honorable Court.

1      49.     Denies the allegations contained in Paragraph 49 of the Complaint.
2      50.     Denies the allegations contained in Paragraph 50 of the Complaint.
3      51.     Denies the allegations contained in Paragraph 51 of the Complaint.
4      52.     Denies the allegations contained in Paragraph 52 of the Complaint.
5      53.     Denies the allegations contained in Paragraph 53 of the Complaint.

## COUNT THREE

### (Civil Conspiracy)

8      54.     Repeats, realleges, and reaffirms each and all of the above Paragraphs as if set forth fully herein.

10    55.     Denies the allegations contained in Paragraph 55 of the Complaint.
11    56.     Denies the allegations contained in Paragraph 56 of the Complaint.
12    57.     Denies the allegations contained in Paragraph 57 of the Complaint.
13    58.     Denies the allegations contained in Paragraph 58 of the Complaint.

## COUNT FOUR

### (Aiding and Abetting)

16    59.     Repeats, realleges, and reaffirms each and all of the above Paragraphs as if set forth fully herein.

18    60.     Denies the allegations contained in Paragraph 60 of the Complaint.
19    61.     Denies the allegations contained in Paragraph 61 of the Complaint.
20    62.     Denies the allegations contained in Paragraph 62 of the Complaint.
21    63.     Denies the allegations contained in Paragraph 63 of the Complaint.

## REQUEST FOR TRIAL BY JURY

23    64.     Pollex requests a trial by jury on all issues triable by a jury.

## AFFIRMATIVE DEFENSES

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, for failure to state a claim.

///

///

**AS AND FOR A SECOND AFFIRMATIVE DEFENSE**

Plaintiff is estopped and barred by its own conduct from pursuing the claims set forth in the Complaint.

**AS AND FOR A THIRD AFFIRMATIVE DEFENSE**

Plaintiff's damages, if any, were caused by their own wrongful acts and conduct.

**AS AND FOR A FOURTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred by the doctrine of unclean hands.

**AS AND FOR A FIFTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred, in whole or in part, because Plaintiff has not sustained injury or damage as a result of the matters alleged in the Complaint.

**AS AND FOR A SIXTH AFFIRMATIVE DEFENSE**

Plaintiff failed to mitigate damages, if any.

**AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred, in whole or in part, because Plaintiff's damages, if any, were caused solely by the conduct of third parties not under Pollex's control.

**AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE**

Pollex did not violate any provisions of the Telephone Consumer Protection Act (TCPA).

**AS AND FOR A NINTH AFFIRMATIVE DEFENSE**

Pollex did not engage in a civil conspiracy.

**AS AND FOR A TENTH AFFIRMATIVE DEFENSE**

Pollex did not aid and abet the commission of any violation of the TCPA.

**AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE**

Pollex did not aid and abet a civil conspiracy.

**AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE**

Plaintiff's claims for punitive damages violate Pollex's procedural Due Process rights under the Fourteenth Amendment to the United Sates Constitution and Article II, § 4 of the Arizona Constitution.

|   |   |
|---|---|
| 1 | **AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE** |
| 2 | Plaintiff's claims for punitive damages violate Pollex's rights to protection from |
| 3 | excess fines and penalties as provided by the Eighth Amendment to the United State |
| 4 | Constitution as well as its rights to substantive due process under the Fifth and Fourteenth |
| 5 | Amendments to the United States Constitution. |
| 6 | **AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE** |
| 7 | The relief sought is contrary to the public policy of the State of Arizona and the |
| 8 | United States. |
| 9 | **AS AND FOR A FIFTEENTH AFFIRMATIVE DEFENSE** |
| 10 | Plaintiff's claims are barred by strong federal and state public policy prohibiting |
| 11 | one from benefitting from criminal, wrongful and illegal conduct. |
| 12 | **AS AND FOR A SIXTEENTH AFFIRMATIVE DEFENSE** |
| 13 | Plaintiff's Class Action claims are barred because the proposed Class fails to |
| 14 | satisfy the requirements of Ariz. R. Civ. P 23(a) and Fed. R. Civ. Proc. 23(a). |
| 15 | **AS AND FOR A SEVENTEENTH AFFIRMATIVE DEFENSE** |
| 16 | Plaintiff's Class Action claims are barred because the proposed class fails to |
| 17 | satisfy the requirements of Ariz. R. Civ. P 23(a) and Fed. R. Civ. Proc. 23(a) and |
| 18 | Plaintiff's counsel is not an adequate class counsel as required under Fed. R. Civ. Proc. |
| 19 | 23(g). |
| 20 | **AS AND FOR A EIGHTEENTH AFFIRMATIVE DEFENSE** |
| 21 | Pollex reserves the right to amend this Answer at a later time to assert any matter |
| 22 | constituting an avoidance or affirmative defense including, without limitation, those |
| 23 | matters set forth in Fed. R. Civ. Proc. 8(c), as discovery shows to be applicable. |
| 24 | **WHEREFORE**, Pollex, having fully answered Plaintiff's Complaint, respectfully |
| 25 | requests: |
| 26 | a.   That this Court dismiss Plaintiff's Complaint with Prejudice; |
| 27 | b.   That Pollex recover its costs and expenses incurred in this action, including |
| 28 | reasonable attorneys' fees; and |

1        c.    That Pollex be awarded such other and further relief as this Court deems just and proper.

DATED this 24th day of July, 2009.

**LAW OFFICES OF ARMAND SALESE, PLLC**

/S/Armand Salese
**Armand Salese**
Attorney for Defendants Joytoto, kna Pollex

I certify that I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System on July 24, 2009.

/S/Vicki Adams
Vicki Adams
Assistant to Armand Salese