1  **LAW OFFICES OF ARMAND SALESE, PLLC**
   **Armand Salese**
2  145 S. 6th Avenue
   Tucson, Arizona 85701
3  (520) 903-0825
   as@saleselaw.com
4  PCCN 50468/AZBN 003002
   Attorney for Defendants Joytoto USA, Inc.
5    and Joyon Entertainment, Inc., kna Pollex, Inc.

6              IN THE UNITED STATES DISTRICT COURT

7                  FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| CONSUMER PROTECTION CORPORATION, etc., | ) ) ) | No.  CIV 08-1983 PHX-JAT |
| Plaintiff, | ) ) | NOTICE OF SETTLEMENT |
| vs. | ) ) | |
| NEO-TECH NEWS, etc., et al., | ) ) | |
| Defendants. | ) ) | |

   Defendant Pollex, Inc., by and through its undersigned counsel, hereby gives notice that a settlement has been reached in the above-entitled matter.

   DATED this 18th day of November, 2009.

                         **LAW OFFICES OF ARMAND SALESE, PLLC**

                         /S/Armand Salese
                         **Armand Salese**
                         Attorney for Pollex, Inc.

I certify that I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System on November 18, 2009.

/S/Vicki Adams
Vicki Adams
Assistant to Armand Salese