| | |
|---|---|
| 1 | **LAW OFFICES OF ARMAND SALESE, PLLC** |
| | **Armand Salese** |
| 2 | 145 S. 6th Avenue |
| | Tucson, Arizona 85701 |
| 3 | (520) 903-0825 |
| | as@saleselaw.com |
| 4 | PCCN 50468/AZBN 003002 |
| | Attorney for Defendants Joytoto USA, Inc. |
| 5 | and Joyon Entertainment, Inc., kna Pollex, Inc. |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| CONSUMER PROTECTION CORPORATION, etc., | ) ) ) | No.  CIV 08-1983 PHX-JAT |
| Plaintiff, | ) ) | STIPULATION FOR DISMISSAL WITH PREJUDICE |
| vs. | ) ) | |
| NEO-TECH NEWS, etc., et al., | ) ) | |
| Defendants. | ) ) | |

The parties, by and through their undersigned counsel, hereby agree and stipulate that the above-entitled matter may be dismissed with prejudice, each side to bear their own attorney's fees and costs.

DATED this 30th day of December, 2009.

| | |
|---|---|
| **LAW OFFICES OF ARMAND SALESE, PLLC** | **THE LAW FIRM OF PETER STROJNIK** |
| /S/ Armand Salese | /S/Peter Strojnik |
| **Armand Salese** | **Peter Strojnik** |
| Attorney for Defendants Joytoto USA, Inc. and Joyon Entertainment, Inc. | Attorney for Plaintiff |

I certify that I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System on December 30, 2009.

/S/Vicki Adams
Vicki Adams
Assistant to Armand Salese