IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| CONSUMER PROTECTION CORPORATION, etc., | ) ) ) | No.   CV 08-1983 PHX-JAT |
| Plaintiff, | ) ) | ORDER OF DISMISSAL |
| vs. | ) ) | |
| NEO-TECH NEWS, etc., et al., | ) ) | |
| Defendants. | ) ) | |

The Court having considered the parties' Stipulation for Dismissal with Prejudice (Doc. #39), and good cause appearing:

IT IS HEREBY ORDERED the above-entitled matter is dismissed with prejudice, each side to bear their own costs and attorney's fees.

DATED this 5th day of January, 2010.

_____
James A. Teilborg
United States District Judge